# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MARICO FINNIE, )
)
Petitioner, )
)
v. ) Case No. 2:25-cv-02825-MSN-cgc
)
WARDEN STANTON HEIDLE and )
STATE OF TENNESSEE, )
)
Respondents. )
)

## ORDER DISMISSING § 2254 PETITION FOR FAILURE TO PROSECUTE AND DENYING PENDING MOTION

On August 21, 2025, Petitioner Marico Finnie, who is incarcerated at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee under prisoner identification number 296268, filed a *pro se* petition pursuant to 28 U.S.C. § 2254. (ECF No. 2.) Petitioner failed to (1) pay the five dollar ($5.00) habeas filing fee required by 28 U.S.C. § 1914(a) or (2) submit (a) an application to proceed *in forma pauperis* and (b) a certified copy of his inmate trust fund account statement. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915(a)(1)-(2).

On August 22, 2025, the Clerk of Court sent to Petitioner a *Pro Se* Filing Deficiency Notice, notifying Petitioner:

> The filing of a new [petition] requires payment. No payment was included with this submission. Please submit $5.00 by money order or cashier's check payable to: US District Court. If you would like to request a waiver of payment, please complete an Application to Proceed in Forma Pauperis (IFP). This form has been included for your use. The [Petitioner] shall have 30 days from the date of [this] notice to either pay the civil filing fee or file a completed IFP application. If the [Petitioner] does not timely pay the civil filing fee or file a completed IFP application, the [petition] will be dismissed.

(ECF No. 4 at PageID 80.)   Petitioner's deadline to comply with the August 22, 2025, Deficiency Notice was Monday, September 22, 2025.[1]   (*See id.*)   Rather than complying with the Deficiency Notice, Petitioner filed a "Request For Emergency Relief Hearing On Expired Sentence."   (ECF No. 7, "Motion.")

Petitioner has not complied with the August 22, 2025, Deficiency Notice, and the time for compliance has expired.   The Court could not consider Petitioner's filings in this matter unless he had timely complied with the August 22, 2025, Deficiency Notice, which he failed to do.   The § 2254 petition (ECF No. 2) is accordingly **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute.   The Motion (ECF No. 7) is **DENIED** as moot.

**IT IS SO ORDERED**, this 3rd day of December, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's deadline under the Deficiency Notice was Sunday, September 21, 2025.   Pursuant to Fed. R. Civ. P. 6(a)(1)(C), Saturdays, Sundays, and legal holidays are not counted when computing deadlines under the Federal Rules of Civil Procedure.   If a time period would otherwise end on a Saturday, Sunday, or legal holiday, the time period is deemed to extend to the next day when the Clerk's Office is open.   Petitioner's deadline to pay the $5.00 habeas filing fee or file an application to proceed *in forma pauperis* was Monday, September 22, 2025.